In re: Weill Lumber Company, Inc., applying for writs of certiorari, mandamus and prohibition.

Writ refused. We find no error of law in the ruling complained of.

■

159 So.2d 286

**Hilda Beth McGUFFIN et al.**

v.

**Claud JONES.**

No. 47026.

Jan. 20, 1964.

In re: Hilda Beth McGuffin et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of LaSalle. 157 So.2d 256.

Writ refused. On the facts found by the Court of Appeal its judgment is correct.

■

159 So.2d 286

**Ethel Lee LAFLEUR**

v.

**ALL AMERICAN ASSURANCE COMPANY.**

No. 47029.

Jan. 20, 1964.

In re: All American Assurance Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Evangeline. 157 So.2d 254.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

159 So.2d 286

**Robert J. BOYLE, Sr., individually and on behalf of his minor son, Robert J. Boyle, Jr.**

v.

**TRAVELERS INSURANCE COMPANY.**

No. 47030.

Jan. 20, 1964.

In re: Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 157 So.2d 471.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.